IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

v.                                      Case No.  4:15cr16-MW/CAS
                                                  4:16cv488-MW/CAS

LANCE DON CYRUS,

     Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 69. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence as supplemented, ECF Nos. 53 & 59, is **DENIED as moot,** and, in the alternative, is **DENIED as without merit**. A Certificate of Appealability is **DENIED**."  The Clerk shall close the file.

SO ORDERED on March 22, 2018.

                                                s/Mark E. Walker            ____
                                                **United States District Judge**